# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

CHRISTOPHER B. WILLIAMS,

Petitioner,

v.

DWIGHT NEVENS, et al.,

Respondents.

Case No. 2:16-cv-01843-APG-NJK

**ORDER**

Before the court is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, submitted by Christopher B. Williams, a Nevada state prisoner (ECF No. 1-1).

On October 14, 2016, the court issued an order directing Williams to show cause and file such proof as he may have that this federal habeas petition is timely filed (ECF No. 4). Williams filed a response, which he styled as a motion (ECF No. 5).

The petition shall be served on respondents, and respondents shall file a response to the order to show cause.

**IT IS THEREFORE ORDERED** that the Clerk **shall file and ELECTRONICALLY SERVE** the petition (ECF No. 1-1) on the respondents.

**IT IS FURTHER ORDERED** that the Clerk shall add Adam Paul Laxalt, Nevada Attorney General, as counsel for respondents.

**IT IS FURTHER ORDERED** that respondents shall file a response to the order to show cause within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that petitioner shall have **fourteen (14) days** from service of respondents' response to file a reply, if any.

**IT IS FURTHER ORDERED** that any additional state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number.  The CM/ECF attachments that are filed further shall be identified by the number of the exhibit in the attachment.

**IT IS FURTHER ORDERED** that any additional state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by number.  The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the Clerk's Office, 400 S. Virginia St., Reno, NV, 89501 and directed to "Staff Attorney."

DATED: 10 November 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE