UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER B. WILLIAMS,<br><br>Petitioner,<br>v.<br>DWIGHT NEVEN, et al.,<br><br>Respondents. | Case No. 2:16-cv-01843-APG-NJK<br><br>ORDER |

This *pro se* habeas matter pursuant to 28 U.S.C. § 2254 is before the court on respondents' motion for leave to file a late motion for extension of time and a first motion for extension of time to file a responsive pleading (ECF Nos. 12, 13). Good cause appearing,

**IT IS ORDERED** that respondents' motion for leave to file a late motion for extension of time (ECF No. 12) and motion or extension of time to file a responsive pleading (ECF No. 13) are both **GRANTED** *nunc pro tunc*.

DATED: 22 May 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1