# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CHRISTOPHER B. WILLIAMS,

    Petitioner,

v.

D.W. NEVEN, et al.,

    Respondents.

Case No. 2:16-cv-01843-APG-NJK

**ORDER**

This *pro se* habeas matter under 28 U.S.C. § 2254 comes before the court on respondents' motion to dismiss petitioner Christopher B. Williams' petition (ECF No. 15). Williams did not file an opposition, and respondents did not file a reply in support of the motion. The Nevada Department of Corrections website reflects that Williams has been paroled. Thus, it appears that Williams has failed to comply with Local Rule IA 3-1, which requires an attorney or *pro se* party to immediately file a notice of change of mailing address with the court.

**IT IS THEREFORE ORDERED** that petitioner shall file and serve a notice of change of address within **fourteen (14) days** of the date of this order.

**IT IS FURTHER ORDERED** that petitioner is expressly advised that failure to comply with this order may result in the dismissal of this petition.

DATED: 2 February 2018.

                                                        _____
                                                        ANDREW P. GORDON
                                                        UNITED STATES DISTRICT JUDGE