# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER B. WILLIAMS, | Case No. 2:16-cv-01843-APG-NJK |
| Petitioner, | **ORDER** |
| v. | |
| D.W. NEVEN, et al., | |
| Respondents. | |

Christopher B. Williams filed this *pro se* habeas matter under 28 U.S.C. § 2254. Respondents filed a motion to dismiss the petition (ECF No. 15), and Williams did not file an opposition. The Nevada Department of Corrections website reflects that Williams has been paroled. Williams, however, has failed to comply with Local Rule IA 3-1, which requires an attorney or *pro se* party to immediately file a notice of change of mailing address with the court.

Accordingly, on February 2, 2018, this court issued an order directing Williams to file and serve a notice of change of address within fourteen days. Petitioner was expressly advised that failure to comply with that order could result in the dismissal of the petition.

The order was served on Williams at his address of record via U.S. mail (*see* ECF No. 19). On February 12, 2018, the order was returned as undeliverable, bearing the notation "Not at [High Desert State Prison]; no new address" (ECF No. 21). Thus, this action shall be dismissed for failure to comply with LR IA 3-1.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** as set forth in this order.

**IT IS FURTHER ORDERED** that respondents' motion to dismiss (ECF No. 15) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment and close this case.

DATED: 27 February 2018.

                                                                                 ANDREW P. GORDON
                                                                                 UNITED STATES DISTRICT JUDGE